OFFICE OF THE PLACER COUNTY COUNSEL
Nataliya Shtevnina (SBN 339094)
Shaun P. McGrady (260137)
175 Fulweiler Avenue
Auburn, California 95603
Telephone:   (530) 889-4044
Facsimile:   (530) 889-4069
Email: CCL-eservice@placer.ca.gov

Attorneys for Defendant COUNTY OF PLACER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PERSINGER AND NICOLE PERSINGER,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER, DOES 1 - 100, INCLUSIVE,<br><br>Defendant. | Case No. 2:24-cv-02967-DAD-CSK<br><br>**DEFENDANT'S NOTICE OF MOTION, MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>Date:          February 2, 2026<br>Time:          1:30 p.m.<br>Judge:        Dale A. Drozd<br>Courtroom:   4, 15th Floor<br><br>Complaint Filed: October 29, 2024<br>FAC Filed:        January 17, 2025<br>SAC Filed:        August 6, 2025<br>TAC Filed:        December 3, 2025 |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on February 2, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of the Eastern District Federal Court located at 501 I Street, Sacramento, CA 95814. Defendant County of Placer will move for dismissal pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) and Rule 8 on the grounds that:

1

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT
PURSUANT TO FRCP 12(b)(6) AND RULE 8

1.  The 3rd, 5th, and 6th causes of action (hereinafter "State Claims") fail to state a cause of action upon which relief may be granted, pursuant to Cal. Gov. Code sections 815 and 815.2, as the County may only be liable as specified by statute; and

2.  The 1st cause of action (ADA claim) fails to state a claim for relief on the basis that Plaintiffs' allegations are conclusory and Plaintiffs have not alleged intentional discrimination.

This motion is based upon the Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Nataliya Shtevnina, the pleadings and papers on file with the Court and oral argument as may be permitted and/or requested by the Court.

**CERTIFICATION OF MEET AND CONFER EFFORTS**

On December 15, 2025, I emailed Plaintiffs' counsel, David Foyil and Galina Dorris, regarding the deficiencies with the Third Amended Complaint and grounds for the instant motion. On December 16, 2025, Ms. Dorris responded via email to my meet and confer request. The parties met and conferred on all issues subject to this Motion to Dismiss. Despite best efforts, as of the date of this notice, the issues raised regarding Plaintiffs' Third Amended Complaint remain unresolved.

Dated: December 17, 2025                    OFFICE OF THE PLACER COUNTY COUNSEL


By:   /s/ Nataliya Shtevnina
      Nataliya Shtevnina
      Shaun P. McGrady
      Attorneys for Defendant
      COUNTY OF PLACER

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) AND RULE 8